| | |
|---|---|
| 1 | **MCGUIREWOODS LLP**<br>Adam F. Summerfield (SBN 259842) |
| 2 | asummerfield@mcguirewoods.com<br>355 S. Grand Ave, Suite 4200 |
| 3 | Los Angeles, CA  90071<br>Telephone:  213.457.6623 |
| 4 | |
| 5 | Carolee A. Hoover (SBN 282018)<br>choover@mcguirewoods.com |
| 6 | Two Embarcadero Center<br>Suite 1300 |
| 7 | San Francisco, CA 94111-3821<br>Tel: 415.844.9944 |
| 8 | Attorneys for Defendants Ocwen Loan Servicing, LLC; and U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS9 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHADIJAH Y MEALS and DONALD WEEKS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>OCWEN LOAN SERVICING, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-KS9 and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 3:17-cv-01763-BAS-WVG<br><br>Hon. Cynthia Bashant, U.S. District Judge<br>Hon. William V. Gallo, U.S. Magistrate Judge<br><br>**STIPULATED NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed:     August 31, 2017 |

This Stipulated notice of settlement is entered into between Plaintiffs Khadijah Y. Meals and Donald Weeks, and Defendants Ocwen Loan Servicing, LLC; and U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS9, by and through their respective counsel.  **IT IS HEREBY STIPULATED** as follows:

   1.     The Parties have reached a settlement in the above matter that will result in

1
STIPULATED NOTICE OF SETTLEMENT

dismissal of the entire action;

2. The Parties have signed a written settlement agreement under which payment is to be made by February 27, 2018 at the latest; and

3. The Parties believe that a stipulation of dismissal will be filed immediately thereafter.

**IT IS SO STIPULATED.**

DATED: February 6, 2018  Respectfully submitted,

MCGUIREWOODS LLP

By:  */s/ Adam F. Summerfield*
   Adam F. Summerfield
Attorneys for Defendants
Ocwen Loan Servicing, LLC; and U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS9

DATED: February 6, 2018  Respectfully submitted,

DOAN LAW FIRM

By:  */s/ Karen S. Spicker*
   Karen S. Spicker
Attorneys for Plaintiffs
Khadijah Y. Meals and Donald Weeks

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, I electronically filed the foregoing document entitled **STIPULATED NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Southern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

By: /s/      *Adam F. Summerfield*

CERTIFICATE OF SERVICE