# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHADIJAH Y. MEALS, *et al.*,<br><br>                   Plaintiffs,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC, *et al.*,<br><br>                  Defendants. | Case No. 17-cv-01763-BAS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 26] |

Presently before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. (ECF No. 26.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action. The Clerk of the Court is directed to close this case.

    **IT IS SO ORDERED.**

**DATED: February 20, 2018**

                                                   Hon. Cynthia Bashant
                                                   United States District Judge